IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br>CHRISTIAN DUNBAR<br>        Defendants. | CRIMINAL ACTION NO. 20-424 |

## ORDER

**AND NOW,** this 12th day of May 2021, upon consideration of Defendant's motion for discovery and disclosure of evidence [Doc. No. 16], Defendant's motion for *Jenck's* and Rule 26.2 material [Doc. No. 18], the government's letter response [attached], and after telephone conference held this date with Counsels' approval, it is hereby **ORDERED** that Defendant's motions [Doc. Nos. 16, 18] are **DISMISSED as moot.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**



U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Denise S. Wolf*  
*Direct Dial  (215) 861-8662*  
*Facsimile  (215) 861- 8618*  
*E-mail Address  Denise.Wolf@usdoj.gov*

*615 Chestnut Street*  
*Suite 1250*  
*Philadelphia, Pennsylvania 19106-4476*  
*(215) 861-8200*

December 17, 2020

Honorable Cynthia M. Rufe  
United States District Judge  
United States Courthouse  
12614 U.S. Courthouse  
Philadelphia, PA 19106

   Re: **United States v. Christian S. Dunbar**  
      **Crim. No. 20-424**

Dear Judge Rufe:

  Enclosed please find the Government's Response to Defendant's Severance Motion. With regard to Defendant's Motion for Discovery, the government has already produced initial discovery to defense counsel and is in the process of producing all remaining discovery, including *Brady*, *Giglio*, *Jencks* and Rule 16.  The government plans to produce a hard drive with the remaining discovery bates stamped in the coming days.

  Thank you for your attention to this matter.

                Sincerely,

                WILLIAM M. MCSWAIN  
                United States Attorney

                /s Denise S. Wolf  
                DENISE S. WOLF  
                JOSH A. DAVISON  
                Assistant United States Attorneys

Enclosure  
cc: Brian McMonagle, Esq. (w/enc.)