IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.   20-424 |
| CHRISTIAN S. DUNBAR | : | |

## O R D E R

AND NOW, this 6th day of July 2021, it is hereby **ORDERED** that, upon consideration of the Government's Motion to Conduct Video-Recorded Deposition pursuant to Federal Rule of Criminal Procedure 15(a)(1) [Doc No. 26], and Defendant's letter [attached below], it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the video-recorded deposition shall take place at the United States Attorney's Office for the Eastern District of Pennsylvania on or before May 28, 2021.

BY THE COURT:

 /s/ Cynthia M. Rufe
_____
**HONORABLE CYNTHIA M. RUFE**
**United States District Court Judge**

# McMONAGLE PERRI
## McHUGH MISCHAK DAVIS
TRIAL LAWYERS

*A Professional Corporation*

MPMPC.COM

Brian J. McMonagle*
Fortunato N. Perri, Jr.
Walter J. McHugh*
David B. Mischak

William M. Davis
Charles M. Gibbs*
Raymond C. Driscoll
Steven B. Patton

May 19, 2021

The Honorable Cynthia M. Rufe
United States District Court For
The Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 12614
Philadelphia, PA 19106

RE:  **U.S.A. v. Christian Dunbar**
     **No. 20-424**

Dear Judge Rufe:

On behalf of Mr. Dunbar, I write in lieu of a formal response to the Government's Motion to Conduct Video-Recorded Deposition pursuant to Federal Rule of Criminal Procedure 15(a)(1). In recognition of Ms. Haas' advanced age and the present health crisis, Mr. Dunbar has no objection to the Motion but respectfully reserves the right to object to the introduction of the deposition at trial, or any subsequent proceeding. Furthermore, Mr. Dunbar wishes to be present for the deposition.
Thank you for your courtesy and consideration.

Respectfully yours,

BRIAN J. MCMONAGLE

Cc: Denise Wolf, Assistant United States Attorney
    Josh Davison, Assistant United States Attorney