IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTIAN DUNBAR** | **CRIMINAL ACTION NO. 20-424** |

## ORDER

**AND NOW,** this 6th day of January 2022, upon consideration of Defendant's Motion for Severance of Misjoined Counts and Separate Trials [Doc. No. 17], the government's Response in Opposition [Doc. No. 24], Defendant's Supplemental Memorandum [Doc. No. 44], the government's Response [Doc. No. 46], and after a hearing held on December 9, 2021, it is hereby **ORDERED** that for the reasons set forth in the accompanying memorandum opinion, Defendant's Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. Counts 15–19 of the Superseding Indictment are hereby **SEVERED**, and Defendant Christian Dunbar will be tried separately on Counts 1–14 and Counts 15–19 of the Superseding Indictment.

2. Trial on Counts 1–14 of the Superseding Indictment will be presented in a bifurcated proceeding before a single jury. Counts 4–14 will be tried following a jury verdict on Counts 1–3.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**