## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES**<br>**v.**<br>**CHRISTIAN DUNBAR** | **CRIMINAL NO. 20-424** |

### ORDER

**AND NOW,** this 8th day of April 2025, upon consideration of Defendant Christian Dunbar's Motions to Correct Sentence Under 28 U.S.C. § 2255 [Doc. Nos. 104, 110] and the responses thereto, it is hereby **ORDERED** that Defendant's Motions are **DENIED with prejudice** for the reasons set forth in the accompanying memorandum opinion. There is no basis for the issuance of a certificate of appealability. This case and the related civil action, 24-cv-647, remain **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**